**Exhibit A to the Complaint**

**Location:** West Orange, NJ  **IP Address:** 100.8.63.226
**Total Works Infringed:** 30  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | D3067E5DE0A31A9EDA6D2B951D124E28EC062477 | Blacked | 08/10/2018 15:32:18 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 2 | 0D6FADCB601F5F2DA307D2B6E498C67BE837AACC | Blacked | 08/10/2018 12:22:13 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 3 | 13F8B657984BB039924814A1A97078E76113ADE6 | Blacked | 05/30/2018 17:27:58 | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 4 | 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C | Blacked Raw | 08/10/2018 10:59:09 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 5 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 06/08/2018 10:22:51 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 6 | 30DA489597F6D7CBEA57C6287564FA8325DBC4F8 | Blacked Raw | 08/12/2018 13:44:30 | 06/16/2018 | 06/30/2018 | 16761900312 |
| 7 | 3A039EF6594A7EE8E2D6D8E1C35864FBD6A9D845 | Vixen | 05/30/2018 17:03:10 | 04/14/2018 | 05/19/2018 | 16665887967 |
| 8 | 3D053805CCD7FD3E623BC505E427299B900CCC27 | Blacked Raw | 06/08/2018 15:11:00 | 05/02/2018 | 05/19/2018 | 16665888016 |
| 9 | 5602E15C76A2CB2369322872F6C53500FB225372 | Blacked Raw | 05/30/2018 22:58:51 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 10 | 5F6FB8DFB2DFD2AC9E2B50F5AEE4780448746B4F | Tushy | 08/07/2018 22:09:59 | 06/10/2018 | 06/30/2018 | 16761912569 |
| 11 | 64B7A1F1B3732D5683AA4FFCC5B65BC46CBDE5F3 | Blacked Raw | 05/30/2018 18:43:19 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 12 | 700F4A5C7A687529F98F39387053CA47E39D0548 | Blacked | 08/10/2018 15:12:59 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 13 | 7062CE085ADAEB4C8A9C3356920797FC31D15602 | Blacked | 06/10/2018 19:20:52 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 14 | 7B07B0D2E98E833DFD2562E6721E619701047103 | Blacked | 08/12/2018 13:15:59 | 06/19/2018 | 06/30/2018 | 16758501621 |
| 15 | 7C8023CDDDFB52DA97E2E4A518C37DB69EFF28C5 | Blacked | 06/24/2018 13:40:28 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 16 | 8E1D7F39E91C9739C7A919FB3EF4554E0F90AF9C | Blacked Raw | 07/28/2018 00:51:29 | 12/08/2017 | 01/02/2018 | PA0002097423 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 90CD3E7A381DA98B69C52E23EB091FC44D91A3CF | Vixen | 07/10/2018 06:50:03 | 05/14/2018 | 05/19/2018 | 16665915595 |
| 18 | AA21E4389F1EF821FD82E16AC76EBAD03FAD8A58 | Blacked Raw | 07/10/2018 08:40:27 | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 19 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | Blacked Raw | 06/17/2018 19:03:06 | 04/12/2018 | 05/19/2018 | 16665887442 |
| 20 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | Tushy | 06/24/2018 12:16:59 | 04/16/2018 | 05/19/2018 | 16665915932 |
| 21 | D004FE4CC187D0709C94955D8BF728C72E039D05 | Blacked Raw | 06/29/2018 04:16:12 | 05/22/2018 | 06/30/2018 | 16758501976 |
| 22 | D1153CBA60CBAA04D9963D928606E442D42440E8 | Blacked | 08/10/2018 12:00:16 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 23 | E006E8B0FB8DAFF172AB25A039A70F1D393D30D8 | Blacked Raw | 07/21/2018 09:53:05 | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 24 | E47F7819E387006EB1D77B9898FF77A04FEDF08E | Blacked Raw | 07/29/2018 22:45:12 | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 25 | EA709577A8FFDC2109C04A9DFA54759ADF8CE9AB | Blacked Raw | 07/21/2018 08:31:29 | 06/06/2018 | 06/30/2018 | 16761912409 |
| 26 | ED8D4BFEBE54A9465BE0219B46DB11A0E99D2CE4 | Blacked | 05/31/2018 04:12:02 | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 27 | F2BDC1C9982E2475C9CFD14CDE4B6F6D7233F3AA | Blacked Raw | 06/24/2018 13:23:23 | 05/07/2018 | 05/19/2018 | 16665915253 |
| 28 | F75B31774DAE0074E850CE6662B1102B931547C4 | Blacked | 07/10/2018 08:08:51 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 29 | FC6C3F4348C53D3DC1DDD5949FAF4EB3399C6363 | Tushy | 06/08/2018 10:10:25 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 30 | FDAFB6514A92CABEE331EFE806E06E36AAEE19C5 | Blacked | 07/26/2018 20:11:38 | 06/09/2018 | 06/30/2018 | 16758501887 |