**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:    John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOHN DOE, subscriber assigned IP address 100.8.63.226,<br><br>                    Defendant. | Case No. 2:18-cv-14127-JLL-JAD<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 100.8.63.226, are voluntarily dismissed with prejudice.

DATED: January 14, 2019                    Respectfully submitted,

                                                            **FOX ROTHSCHILD LLP**

                                                            *Attorneys for Plaintiff,
                                                            Strike 3 Holdings, LLC*

                                                            */s/ John C. Atkin, Esq.*
                                                            John C. Atkin, Esq.


SO ORDERED: _____

DATED: ___1-15-2019___